UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:25-CR-00087-D-RJ-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| BRADLEY JAMES LEE SIMMONS | ) | |

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Seal Docket Entry 116, which is Defendant's Motion to Continue Sentencing. For good cause shown, Defendant's motion is GRANTED.

The Clerk of Court is DIRECTED to seal Docket Entry 116.

This 27 day of October, 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE